# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145406

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AARON DANIEL MULL,
      Defendant-Appellant.

SC: 145406
COA: 309452
Kent CC: 10-008444-FH

_____/

On order of the Court, the application for leave to appeal the June 15, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

p1015